**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**GOLDEN RULE FASTENERS, INC.**                                                    **PLAINTIFF**

**V.**                                                    **CAUSE NO.: 3:17-CV-249-MPM-JMV**

**THE NEVERLEAK COMPANY, LP**                                                    **DEFENDANT**

**AMENDED SCHEDULING ORDER**

This matter is before the Court to amend the [31] scheduling ordered entered in this case

on August 23, 2018 concerning claim construction deadlines. The Order is amended as indicated

below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | August 24, 2018 | October 30, 2018 |
| Joint Claim Construction and Prehearing Statement | September 14, 2018 | November 14, 2018 |
| Complete Claim Construction Discovery | October 12, 2018 | December 19, 2018 |
| Opening Claim Construction Brief (Plaintiff) | October 26, 2018 | January 9, 2019 |
| Responsive Claim Construction Brief (Defendant) | November 9, 2018 | January 23, 2019 |
| Reply Claim Construction Brief (Plaintiff) | November 16, 2018 | January 30, 2019 |
| Joint Claim Construction Chart | November 30, 2018 | February 13, 2019 |
| Claim Construction Hearing (if required by law or court request) | December 13, 2018[1] | March 14, 2019 |

---

[1] The Scheduling Order includes a typo since it identifies this date as "December 134, 2018." Dkt. 24-1.