**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GOLDEN RULE FASTENERS, INC.**                                                             **PLAINTIFF**

**v.**                      **CIVIL ACTION NO.: 3:17-cv-00249-MPM-JMV**

**THE NEVERLEAK COMPANY, LP**                                              **DEFENDANT**

**ORDER AMENDING SCHEDULING ORDER**

This matter is before the court to amend the scheduling order [24] in this matter in light of the Order Lifting Stay [74] entered on October 5, 2023, and the subsequent status conference [77] held on October 13, 2023. The attached exhibit reflects all of the changes to the scheduling order, as well as the parties' new estimation of a 5-day rather than 7-day trial. Other pertinent aspects of the scheduling order [24], such as the ESI addendum, remain in effect.

**SO ORDERED**, this the 26th day of October, 2023.

                                                            /s/ Jane M. Virden
                                                            **UNITED STATES MAGISTRATE JUDGE**